FILED

09/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0302

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0302

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

SARAH MARIE GRADY
AKA SARAH MARIE STRONG-MITCHELL,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 29, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 23 2021